IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF TENNESSEE
GREENEVILLE DIVISION

| | |
|---|---|
| VERNON J. SKELTON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 2:08-CV-047 |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

## **O R D E R**

For the reasons stated in the memorandum opinion filed contemporaneously with this order, defendant's motion for summary judgment [doc. 11] is **DENIED**, and plaintiff's motion for summary judgment [doc. 9] is **GRANTED** to the extent it seeks remand under sentence four of 42 U.S.C. § 405(g). The final decision of the Commissioner is **REVERSED** and **REMANDED** for further explanation and/or evaluation consistent with the court's memorandum opinion.

**IT IS SO ORDERED.**

ENTER:

　　　　　　　　　s/ Leon Jordan　　　　　
United States District Judge

ENTERED AS A JUDGMENT
　　s/ *Patricia L. McNutt*　　
PATRICIA L. McNUTT
CLERK OF COURT